UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

               Plaintiff,

-against-

NY COMMUNITY FINANCIAL, LLC,

               Defendant.

24-cv-7547 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

1. On December 12, 2024, defendant NY Community Financial moved to dismiss this case. *See* Dkt. 34. Plaintiff's opposition to the motion to dismiss is due **Thursday, January 9, 2025**. NY Community Financial's reply is due **Thursday, January 16, 2025**.

2. Discovery is STAYED pending the Court's consideration of NY Community Financial's motion to dismiss. There is good cause for a stay—namely, the strength of NY Community Financial's arguments for dismissal, the breadth of discovery sought here, and the burden of responding to such discovery. To be clear, the Court is not discounting any prejudice to Wimberly. The Court acknowledges that Wimberly seeks to move this case along quickly. However, this case is still in its early stages and, pursuant to the schedule in this order, the parties' briefing for the motion to dismiss will be complete in a month.

3. The parties shall appear for a hearing on the motions filed Wimberly to date, as well as NY Community Financial's motion to dismiss, on **Tuesday, January 21, 2025** at **3:00 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: December 16, 2024
      New York, New York

ARUN SUBRAMANIAN
United States District Judge