UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WIMBERLY,<br><br>                    Plaintiff,<br><br>-against-<br><br>NY COMMUNITY FINANCIAL LLC,<br><br>                    Defendant. | 24-cv-7547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The hearing is ADJOURNED to **Friday, January 31, 2025** at **2:00 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007.  The hearing will not be further adjourned.

The Clerk of Court is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated: January 21, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge