UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WIMBERLY,<br><br>                               Plaintiff,<br><br>-against-<br><br>NY COMMUNITY FINANCIAL, LLC,<br><br>                               Defendant. | 24-cv-7547 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As the Court has stayed discovery pending its consideration of defendant NY Community Financial's motion to dismiss (*see* Dkt. 44), NY Community Financial's motion to stay discovery is moot. The Clerk of Court is directed to terminate the motion at Dkt. 38.

    SO ORDERED.

Dated: February 6, 2025
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                    United States District Judge