**WADE CLARK MULCAHY LLP | ATTORNEYS**

180 Maiden Lane | Suite 904 | New York | NY 10038 | 212.267.1900 | Fax 212.267.9470 | www.wcmlaw.com

March 21, 2025

*Via Electronic Filing (ECF) to PACER*

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re:    Jason Wimberly v. New York Community Financial, LLC
    Docket No.: 1:24-cv-07547 (AS)

Dear Judge Subramanian:

This office represents defendant NY Community Financial, LLC, in the above-mentioned matter. We write to seek clarity on the deadline for defendant's response to the First Amended Complaint filed March 14, 2025 (Doc. No. 70). Before the Court granted *pro se* plaintiff's request for an extension of time from the original March 3 deadline to file his amended complaint (ECF Doc. No. 69), the docket previously notes deadlines of March 17 (ECF Doc. No. 63), but also April 7 (entry dated 2/3/2025 in a set/reset deadline) for defendant to file a response. In the Order granting plaintiff's extension request, the Court did not issue a new deadline for defendant's response.

We appreciate the Court's consideration of this request.

Sincerely,

WADE CLARK MULCAHY LLP

/s/
***Abed Z. Bhuyan***

    cc:    Mr. Jason Wimberly, Plaintiff *pro se* (by e-mail)

---

Defendant shall file any response to plaintiff's amended complaint by March 28, 2025. As the Court noted its its previous order, defendant may rest on its briefing in support of its current motion to dismiss and file a supplemental letter outlining its responses to the amendments. Plaintiff shall file his response to defendant's motion to dismiss by April 18. Defendant shall file any reply by April 25.

The Clerk of Court is directed to terminate the motion at Dkt. 71.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: March 21, 2025