**WADE CLARK MULCAHY LLP** | ATTORNEYS

180 Maiden Lane | Suite 904 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

March 19, 2026

***Via Electronic Filing (ECF) to PACER***

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**WCM**

ATTORNEYS

   Re: *Jason Wimberly v. New York Community Financial, LLC*
   Docket No.: 1:24-cv-07547 (AS)

Dear Judge Subramanian,

This office represents defendant NY Community Financial, LLC ("defendant"), in the above-mentioned matter. I submit this letter with plaintiff's consent seeking an extension of time to allow the parties to discuss resolution. The Court's March 11, 2026 Order partially granting and partially denying defendant's motion to dismiss required the parties to meet and confer by April 1, 2026 to discuss a potential resolution. ECF Doc. No. 89.

Plaintiff and I met and conferred and agreed to continue discussing a potential resolution. We respectfully request until May 1, 2026 to continue that discussion. To focus on that and not on litigating this matter for the time being, we also respectfully request: 1) a stay of the time for plaintiff to file his anticipated motion for reconsideration of the Court's March 11, 2026 Order presently due by March 25, 2026, 2) a stay of the time for defendant to file its answer also due by March 25, 2026, and 3) and a continued stay of discovery.

We appreciate the Court's consideration of these requests.

Sincerely,

WADE CLARK MULCAHY LLP

/s/
***Abed Z. Bhuyan***

cc: Mr. Jason Wimberly, Plaintiff *pro se* (by e-mail)

*The parties' requests are GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 90.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: March 20, 2026*

New York | New Jersey | Pennsylvania | Florida | England