**WADE CLARK MULCAHY LLP** | ATTORNEYS

180 Maiden Lane | Suite 904 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

April 28, 2026

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 94.

SO ORDERED.

**_Via Electronic Filing (ECF) to PACER_**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Arun Subramanian, U.S.D.J.
Date: April 28, 2026

**WCM**
ATTORNEYS

Re:    *Jason Wimberly v. New York Community Financial, LLC*
Docket No.: 1:24-cv-07547 (AS)

Dear Judge Subramanian,

This office represents defendant NY Community Financial, LLC ("defendant"), in the above-mentioned matter. I submit this letter with plaintiff's consent seeking a further extension of time to allow the parties to continue discussing resolution. This is the second such request made after the Court required the parties to meet and confer to discuss potential resolution. ECF Dkt. 89. The Court previously granted our first one-month request to May 1, 2026. ECF Dkt. 91. Since then, plaintiff and I have had multiple discussions and have made progress in our settlement discussion, but we need additional time. We jointly request a further three-week extension until May 22, 2026.

To focus on the prospect of resolution and not on litigating this matter for the time being, we also respectfully request: 1) a further stay of the time for plaintiff to file his anticipated motion for reconsideration of the Court's March 11, 2026 Order, 2) a stay of the time for defendant to file its answer, and 3) a continued stay of discovery.

We appreciate the Court's consideration of these requests.

Sincerely,

WADE CLARK MULCAHY LLP

*/s/*
***Abed Z. Bhuyan***

cc:    Mr. Jason Wimberly, Plaintiff *pro se* (by e-mail)

New York | New Jersey | Pennsylvania | Florida | England